**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>H. MARK BEANBLOSSOM, P.C.,<br>Garnishee,<br><br>and<br><br>ROSEMARY DURHAM COVEY,<br><br>Defendant. | ) | No. 2:26-cv-03102-SHL-atc |

**ORDER GRANTING PLAINTIFF'S MOTION AND TERMINATING GARNISHMENT**

Before the Court is the United States' Motion to Terminate Garnishment and Dismiss Case Without Prejudice, filed September 28, 2026. (ECF No. 5.) Garnishee no longer has the property in its possession, custody, or control because it was mailed to the Clerk on July 29, 2026, (ECF No. 4), and then applied to Defendant's debt of restitution in 2:06-cr-20408. (ECF No. 5 at PageID 59.) Therefore, the United States seeks to terminate the garnishment and dismiss the case without prejudice.

For good cause shown, the Motion is **GRANTED**. The garnishment proceeding against H. Mark Beanblossom, P.C. is **TERMINATED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 28th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE