**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br><br>v.<br><br>H. MARK BEANBLOSSOM, P.C.,<br>Garnishee,<br><br>and<br><br>ROSEMARY DURHAM COVEY,<br>Defendant. | No. 2:26-cv-03102-SHL-atc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff United States' Application for Writ of Garnishment, (ECF No. 1), filed August 26, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Plaintiff's Motion and Terminating Garnishment, (ECF No. 6), entered October 28, 2026, and under 28 U.S.C. § 3205(c)(10)(B), all claims of garnishment as to Covey are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 28, 2026
Date